UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                              PLAINTIFF

VS.                 CASE NO. 4:16-cv00878-BSM

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                           DEFENDANT

## MOTION FOR MARTIAL SERVICE AND NOTICE OF FIRST PAYMENT

Comes now, *pro se* Plaintiff David A. Stebbins, who hereby submits the following Motion for Service of Process via the U.S. Martial's Service.

1. Before we get to the motion itself, I would like to put it on record that, enclosed in the same envelope is a check for $20.00, as ordered by Doc. 4 in this case.

2. With that out of the way, I ask that the Court order the U.S. Marshal Service to execute service of process on the Defendants at taxpayer's expense.

3. This relief is required, since I am proceeding *in forma pauperis*. See Fed.R.Civ.P. 4(c)(3) ("The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915").

4. The State of Arkansas can be served through its Attorney General, who has the following name and office address:

Leslie Rutledge
323 Center Street, Suite 200
Little Rock, Arkansas 72201

5. The Boone County Circuit Clerk can be served through its leader, Rhonda Watkins, at the following business address:

Boone County Circuit Clerk's Office
100 North Main, Ste 203
Harrison, AR 72601

6. So requested on this, the 19th day of December, 2016.

_/s/ David S. Stebbins_  
David Stebbins  
123 W. Ridge St.,  
APT D  
Harrison, AR 72601  
870-204-6516  
stebbinsd@yahoo.com