IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID A. STEBBINS**                                        **PLAINTIFF**

v.                  **CASE NO. 4:16CV00878 BSM**

**STATE OF ARKANSAS and**
**BOONE COUNTY CIRCUIT CLERK**                  **DEFENDANTS**

## ORDER

Plaintiff David A. Stebbins's motions for service are granted. *See* Doc. Nos. 5, 6. The clerk is directed to prepare a summons for the State of Arkansas and the Boone County circuit clerk, and the U.S. Marshal is directed to serve the summons and complaint [Doc. No. 2] on them without prepayment of fees and costs or security.

IT IS SO ORDERED this 13th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE