# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:16-cv-00878-BSM |
| DEFENDANT | TYPE OF PROCESS |
| Arkansas, State of, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Boone County Circuit Court Clerk

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 N. Main St., Ste. 203    Harrison, AR 72601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):
Fold                                                                                      Fold

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 25 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

U.S. Marshal Eastern Arkansas Received JAN 17 PM 3:2

Signature of Attorney or other Originator requesting service on behalf of:
/s/ K. Rochelle          ☐ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER    DATE: 1/13/2017

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 1-18-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1-20-17   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | 8.00 | |

**REMARKS:**

Served via certified mail

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 9414 7266 9904 2080 1332 22 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  X  *Marla Eastwood*  ☐ Agent  ☐ Addressee | |
| | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No | |
| 3. Service Type  CERTIFIED MAIL® | | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to:  Boone County Circuit Clerk  100 N. Main Street, Suite 203  Harrison, AR 72601 | **Reference Information**  4:16CV00878 | |

PS Form 3811, January 2005                Domestic Return Receipt