UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                               PLAINTIFF

VS.                         CASE NO. 4:16-cv00878-BSM

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                                       DEFENDANT

## NOTICE OF PAYMENT

Comes now, *pro se* Plaintiff David A. Stebbins, who hereby submits the following notice of payment.

1. A payment for the month of February, 2017 is hereby attached pursuant to the Court's order to pay $20 per month until the filing fee is paid in its entirety.

2. Please also find enclosed my Motion for Waiver of Payment.

So notified on this, the 2nd day of February, 2017.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com