UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS          PLAINTIFF

VS.      CASE NO. 4:16-cv00878-BSM

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK          DEFENDANTS

### MOTION AND BRIEF FOR WAIVER OF PAYMENT FOR MARCH, 2017

Comes now, *pro se* Plaintiff David A. Stebbins, who hereby submits the following Motion and Incorporated Brief in Support Thereof for permission to not make another payment for the month of March, 2017.

1. This Court has ordered me to pay $20 per month until the full filing fee is paid or until the case is finally adjudicated, whichever occurs first. See Doc. 4.

2. I filed my first payment, as well as my Motion for Martial Service, on December 19, 2016. See Doc. 5. However, because the Post Office was incompetent and slow to deliver the envelope, I believed that it got lost in the mail, so I filed the motion and check again, this time with a tracking number to make sure it arrived. See Doc. 6. However, because the first envelope was merely delayed, rather than lost, this resulted in both payments being submitted at the same time.

3. The Court proceeded to endorse and deposit both checks regardless. This means that I am actually one month ahead of schedule. To compensate for the loss of money beyond what was initially ordered, I ask that this Court grant me permission to not make another payment until April, 2017. So requested on this, the 2nd day of February, 2017.

David A. Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6516