IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID A. STEBBINS**                                                                                      **PLAINTIFF**

**VS.**                                          **NO.  4:16-cv-00878- BSM**

**STATE OF ARKANSAS AND**
**BOONE COUNTY CIRCUIT CLERK**                                      **DEFENDANTS**

**NOTICE OF ENTRY OF APPEARANCE**

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case for counsel for the Boone County Defendant Rhonda Watkins.

Date:   February 6, 2017

                                           Respectfully submitted,

                                           BOONE  COUNTY  CIRCUIT  CLERK  Rhonda Watkins,
                                           *Separate Boone County Defendant*

                                           RAINWATER, HOLT & SEXTON, P.A.
                                           P.O. Box 17250
                                           801 Technology Drive
                                           Little Rock, Arkansas  72222-7250
                                           Telephone (501) 868-2500
                                           Telefax (501) 868-2505
                                           email: owens@rainfirm.com

                             By:        /s/ Jason E. Owens
                                           Michael R. Rainwater, #79234
                                           Jason E. Owens, #2003003

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David A. Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

            /s/   Jason E. Owens
            Attorney for Defendant
            RAINWATER, HOLT & SEXTON, P.A.
            P.O. Box 17250
            801 Technology Drive
            Little Rock, Arkansas  72222-7250
            Telephone (501) 868-2500
            Telefax (501) 868-2505
            email: owens@rainfirm.com