**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**DAVID A. STEBBINS**                                                                 **PLAINTIFF**

**VS.**                                    **NO.  4:16-cv-00878- BSM**

**STATE OF ARKANSAS AND**
**BOONE COUNTY CIRCUIT CLERK**                                    **DEFENDANTS**

### MOTION TO DISMISS

Comes now the Separate Boone County Defendant, Boone County Circuit Clerk Rhonda Watkins, and for her Answer to Plaintiff's Complaint, states the following:

1.      On December 2, 2016, Plaintiff David Stebbins filed his Complaint in this case, alleging violation(s) of his constitutional and/or statutory rights.  *See* Doc. # 2.  In pertinent part, Plaintiff Stebbins alleges that the Boone County Circuit Clerk, Rhonda Watkins, failed to include a "Jan 23, 2015 order" in the record for an appeal he had filed from a civil case in the Boone County Circuit Court.  *Id.* at ¶¶ 14-20.

2.      For the reasons set forth in the accompanying brief in support, which are adopted and incorporated herein as if set forth word for word, the Separate Boone County Defendant is entitled to qualified immunity and dismissal of the Plaintiff's Complaint as a matter of law.

3.      Per the Federal Rules of Civil Procedure, the Separate Boone County Defendant reserves the right to file an Answer and does not waive any affirmative or other defenses, which are all raised, reserved, and asserted.

4.      The Separate Boone County Defendant respectfully demands a trial by jury in this case.

WHEREFORE, the Separate Boone County Defendant respectfully requests that the Plaintiff's Complaint be dismissed and that they be granted qualified immunity.

Respectfully submitted,

BOONE COUNTY CIRCUIT
CLERK Rhonda Watkins,
*Separate Boone County Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By:    _____/s/ Jason E. Owens_____
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David A. Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

____/s/    Jason E. Owens_____
Attorney for Defendant
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com