**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**DAVID A. STEBBINS**                                                                     **PLAINTIFF**

**VS.**                                      **NO.  4:16-cv-00878- BSM**

**STATE OF ARKANSAS AND**
**BOONE COUNTY CIRCUIT CLERK**                                          **DEFENDANTS**

**ANSWER**

Comes now the Separate Boone County Defendant, Boone County Circuit Clerk Rhonda Watkins, and for her Answer to Plaintiff's Complaint, states the following:

1.      The Separate Boone County Defendant affirmatively pleads that the laws of Arkansas and of the United States speak for themselves, but deny, as pleaded, the remainder of the allegations in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 43, and 44 of Plaintiff's Complaint.

2.      The Separate Boone County Defendant admits that the Plaintiff does not have an obvious disability and is a resident of Boone County, but is without sufficient knowledge or information to admit or deny the remainder of the allegations in paragraphs 9, 10, 11, and 12 of Plaintiff's Complaint and, therefore, deny the same.

3.      The Separate Boone County Defendant affirmatively pleads that the official court records of the state and federal courts in Arkansas, including but not limited to the Boone Count Circuit Court and the Arkansas Court of Appeals, speak for themselves, but deny, as pleaded, the remainder of the allegations in paragraphs 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27 of Plaintiff's Complaint.

4.      The Separate Boone County Defendant respectfully demands a jury trial on all genuine issues of material fact and joins in Plaintiff's request for the same, as set out in paragraph 42 of Plaintiff's Complaint.

5.      The Separate Boone County Defendant specifically and expressly denies each and every allegation not specifically and expressly admitted in this Answer.

6.      The Separate Boone County Defendant asserts and reserves the right to file an Amended Answer or other appropriate pleadings and to allege any affirmative defense(s) that might be available after they have had a reasonable opportunity to investigate the allegations set forth in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

7.      The Separate Boone County Defendant assert the following affirmative defenses:

A.      Qualified immunity, as applicable (i.e, if the Court finds that an individual capacity claim is stated);

B.      Statutory tort immunity;

C.      Sovereign immunity;

D.      Justification;

E.      Mootness of any requested injunctive relief;

F.      The Plaintiff has failed to state a claim upon which relief can be granted;

G.      Defendant avail themselves of all statute of limitations defenses applicable to this claim;

J.      Common defense doctrine, as applicable.

WHEREFORE, the Separate Boone County Defendant  prays  that the Plaintiff's Complaint be dismissed and for any and all other just and proper relief to which she is entitled.

Respectfully submitted,

BOONE COUNTY CIRCUIT CLERK Rhonda Watkins,
*Separate Boone County Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com


By:        /s/ Jason E. Owens
           Michael R. Rainwater, #79234
           Jason E. Owens, #2003003


## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David A. Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

           /s/    Jason E. Owens
           Attorney for Defendant
           RAINWATER, HOLT & SEXTON, P.A.
           P.O. Box 17250
           801 Technology Drive
           Little Rock, Arkansas  72222-7250
           Telephone (501) 868-2500
           Telefax (501) 868-2505
           email: owens@rainfirm.com