IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF(S)

v.                              CASE NO.   4:16CV00878 BSM

STATE OF ARKANSAS et al.                                                                     DEFENDANT(S)

## INITIAL SCHEDULING ORDER

An appearance was entered by defendant(s) on **February 6, 2017**.

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

    **1.  RULE 26(f) CONFERENCE DEADLINE**:          **April 17, 2017**.

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

    **2.  RULE 26(f) REPORT DUE DATE:**                    **May 1, 2017**.

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

    **3.  PROPOSED TRIAL DATE:**                                **February 26, 2018**.

The case will be scheduled for **JURY TRIAL** before Judge Brian S. Miller commencing at **9:30 a.m.** sometime during the week as set forth above in **Little Rock**, **Arkansas.** Counsel are directed to state in the Rule 26(f) Report whether they agree to a six (6) member jury. If the parties do not agree, the case will be tried to a twelve (12) member jury.

    **4.  PROPOSED TRIAL DATE WITH CONSENT TO MAGISTRATE JUDGE:**

Magistrate Judge Kearney is available to conduct all proceedings in this civil action and to order the entry of final judgment if all of the parties voluntarily consent. Attached is a Magistrate Consent Form that must be returned within 21 days whether or not you are consenting to jurisdiction by a Magistrate Judge.

DATED:  February 8, 2017

                                AT THE DIRECTION OF THE COURT
                                JAMES W. McCORMACK, CLERK

                                By:  /s/ *Patricia L. Murray*
                                      Deputy Clerk
                                      501-604-5404

(Post 01/2014) Notice Regarding Magistrate Judge Consent Program

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
**February 8, 2017**

| | |
|---|---|
| DAVID A. STEBBINS ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:16CV00878 BSM |
| STATE OF ARKANSAS et al. ) | |
| *Defendant* ) | |

**MAGISTRATE JUDGE CONSENT PROGRAM**
**(MANDATORY RESPONSE REQUIRED)**

    Enclosed you will find a form titled Notice, Consent and Reference of a Civil Action to a United States Magistrate Judge.  If the parties consent, a Magistrate Judge will conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

    Since Magistrate Judges do not try felony criminal cases they are able to offer parties in civil cases more certainty as to a trial date.  In addition, if the parties want a quicker trial date than the assigned District Judge can offer, Magistrate Judges can usually accommodate that request.

    Consent to proceed before a Magistrate Judge is entirely voluntary.  There will be no adverse, substantive consequences if you do not consent.  Even if you do not consent, under Local Rule 72.1, however, a Magistrate Judge will still handle all non-dispositive pretrial motions in your case until ten days before trial.

    **You must return the Consent Form to the Clerk of Court's office within 21 days indicating whether or not you consent.**

                                                          JAMES W. McCORMACK, CLERK

Mail Attached Form To:  Clerk of Court
                         United States District Court
                         Eastern District of Arkansas
                         600 West Capitol Avenue, Room A-149
                         Little Rock, Arkansas 72201

(Post 01/2014)  Notice, Consent and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF ARKANSAS**
**February 8, 2017**

| | |
|---|---|
| DAVID A. STEBBINS  *Plaintiff* | ) ) ) |
| v. | ) Case No. 4:16CV00878 BSM |
| STATE OF ARKANSAS et al.  *Defendant* | ) ) ) |

**NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION
TO MAGISTRATE JUDGE
(MANDATORY RESPONSE REQUIRED)**

*Notice of a Magistrate Judge's availability.*  A United States Magistrate Judge of this court is available to conduct all proceedings in this civil action and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court.  A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

**You must return this form to the Clerk of Court's office within 21 days from date of this notice regardless of whether or not you are consenting to the exercise of jurisdiction by a United States Magistrate Judge.**

☐  Election to have case remain with a United States District Judge.

☐  *Consent to a Magistrate Judge's authority.*  The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

*Parties' printed names*          *Signatures of parties or attorneys*          *Dates*

---

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*