UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                     PLAINTIFF

VS.                  CASE NO. 4:16-cv00878-BSM

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                         DEFENDANT

## MOTION FOR MARTIAL SERVICE

Comes now, *pro se* Plaintiff David A. Stebbins, who hereby submits the following Motion for Martial Service on the State of Arkansas.

1. On February 2, 2017, the U.S. Martial Service filed a returned summons, stating in pertinent part that they were unable to effect service on the State because the agent they were instructed to serve – the Arkansas Attorney General – is not the agent for service of process; the governor is.

2. To correct this mistake, I ask that the Court issue a new order to serve process on the State of Arkansas, and this time, do it correctly.

3. The Governor can be served at the following name and address:

> Asa Hutchinson
> 500 Woodlane St,
> Little Rock, AR 72201

So requested on this, the 16th day of February, 2017.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com