IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID A. STEBBINS**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 4:16CV00878 BSM**

**STATE OF ARKANSAS and**
**BOONE COUNTY CIRCUIT CLERK**                                           **DEFENDANTS**

### ORDER

Plaintiff David A. Stebbins is suing defendants, alleging that his rights were violated during court proceedings in the Boone County Circuit Court. *See* Doc. No. 2. The interests of justice will best be served by transferring this case to the United States District Court for the Western District of Arkansas because Boone County, Arkansas, is located in the Western District of Arkansas and it appears that all the facts alleged occurred there. *See* 28 U.S.C. § 1404(a) (providing that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division where it might have been brought[.]").

The clerk is directed to immediately transfer Stebbins's case file to the Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 150, Fayetteville, Arkansas 72701-5354.

IT IS SO ORDERED this 27th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE