**Transferred case has been opened**
NEF   to: InterDistrictTransfer_ARED                    02/27/2017 03:22 PM

```
CASE: 4:16-cv-00878

DETAILS: Case transferred from Arkansas Eastern
has been opened in Western District of Arkansas
as case 3:17-cv-03016, filed 02/27/2017.
```